UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTOPHER ROLLER,**

      **Plaintiff,**

**v.**                      **Case No: 6:13-cv-1770-Orl-36KRS**

**U.S. DEPARTMENT OF JUSTICE,**

      **Defendant.**
_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Karla R. Spaulding on November 26, 2013 (Doc. 3). In the Report and Recommendation, Judge Spaulding recommends that the Court dismiss Plaintiff's Complaint, without prejudice, and deny Plaintiff's motion to proceed in *forma pauperis*. Plaintiff filed an objection to the Report and Recommendation on December 11, 2013 (Doc. 4), in which he fails to address the analysis and recommendations presented in the Report and Recommendation. Plaintiff's objection is frivolous. Therefore, upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 3) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)    Plaintiff's Motion to Proceed In *Forma Pauperis* (Doc. 2), is **DENIED.**

    (3)    This case is **dismissed, without prejudice**. Plaintiff is granted leave to file an Amended Complaint, which corrects the deficiencies identified in the Report and

Recommendation (Doc. 3.), within **TWENTY-ONE (21) DAYS** from the date of this Order.  Failure to file an Amended Complaint within this time frame will result in this case being closed.  Plaintiff may also file a Renewed Motion to Proceed In *Forma Pauperis* contemporaneously with the filing of an Amended Complaint.

**DONE AND ORDERED** at Orlando, Florida on March 21, 2014.

*[signature]*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Karla R. Spaulding
Counsel of Record