**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CHRISTOPHER ROLLER,**

      **Plaintiff,**

**v.**                                                 **Case No: 6:13-cv-1770-Orl-36KRS**

**U.S. DEPARTMENT OF JUSTICE and
UNITED STATES DISTRICT COURT,
DISTRICT OF MINNESOTA,**

      **Defendants.**

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Karla R. Spaulding on May 2, 2014 (Doc. 8). In the Report and Recommendation, Magistrate Judge Spaulding recommends that the Court dismiss *pro se* Plaintiff Christopher Roller's ("Plaintiff") Amended Complaint, without prejudice, and without leave to amend, because the Amended Complaint is frivolous and further leave to amend would be futile. Plaintiff filed an objection to the Report and Recommendation on May 21, 2014 (Doc. 10), in which he fails to address the analysis and recommendations presented in the Report and Recommendation. Plaintiff's objection, like his Amended Complaint, is frivolous. Therefore, upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now **ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 8) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) This case is **DISMISSED, without prejudice**. As leave to amend would be futile, Plaintiff will not be given an opportunity to file another amended complaint. The Clerk is therefore directed to terminate all previously scheduled deadlines and **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida on June 17, 2014.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Karla R. Spaulding
Counsel of Record
Unrepresented Parties